B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA

In re   Thomas Gerald Johnson and Teresa Dale Johnson  
      Debtor

Case No. _____  
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A –** Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> CAP1/YMAHA | **Describe Property Securing Debt**: <br> Yamaha Dirt Bike |
| **Property will be** *(check one)*: <br>    ☐ Surrendered      ☒ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br>    ☐ Redeem the property <br>    ☒ Reaffirm the debt <br>    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> **Property is** *(check one)*: <br>    ☒ Claimed as exempt      ☐ Not claimed as exempt | |

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> FRD MOTOR CR | **Describe Property Securing Debt**: <br> 2014 Ford F-150 |
| **Property will be** *(check one)*: <br>    ☐ Surrendered      ☒ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br>    ☐ Redeem the property <br>    ☒ Reaffirm the debt <br>    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> **Property is** *(check one)*: <br>    ☒ Claimed as exempt      ☐ Not claimed as exempt | |

B 8 (Official Form 8) (12/08)                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>CITIMORTGAGE | **Describe Property Securing Debt**:<br>House and Lot<br>228 Barnes Street<br>Lumberton, NC 28358 |

Property will be *(check one)*:
  ☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☒ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☒ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Farmers Home Furniture | **Describe Property Securing Debt**:<br>Miscellaneous Furniture Purchases |

Property will be *(check one)*:
  ☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☒ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☒ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Campbell's Used Cars Inc. | **Describe Property Securing Debt**:<br>2008 Chevrolet Malibu |

Property will be *(check one)*:
  ☐ Surrendered          ☒ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☒ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☒ Claimed as exempt        ☐ Not claimed as exempt

**PART B –** Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: July 27, 2015            /s/Thomas G. Johnson
                               Signature of Debtor


                               /s/Teresa I. Johnson
                               Signature of Joint Debtor